COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROSA MARIA ARROYOS, | § | No. 08-11-00241-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
|  | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20090D01654) |
| Appellee. | § |  |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion to determine whether it should be dismissed. Concluding that there is no appealable order, we dismiss the appeal for want of jurisdiction.

On September 8, 2011, the Clerk of this Court notified the parties by letter of the Court's intent to dismiss the appeal for want of jurisdiction because there does not appear to be an appealable order. In response to the Clerk's letter, Appellant's attorney notified the Court that no judgment has been entered and the case is still pending in the trial court. Counsel states that she has no objection to the appeal being dismissed for want of jurisdiction. Accordingly, the appeal is dismissed. *See Petty v. State*, 800 S.W.2d 582, 583 (Tex.App.--Tyler 1990, no pet.)("Generally, this Court only has jurisdiction to consider an appeal where there has been a judgment of conviction, and an appeal does not lie from the granting or refusing of an interlocutory or preliminary order.").

September 30, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)